**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAURICE FARMER, | No. CV 12-6557-DMG (CW) |
| Petitioner, | JUDGMENT |
| v. | |
| MARTIN D. BITER, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: July 31, 2013

　　　　　　　　　　　　　　　　　/s/ Dolly M. Gee
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE